435 A.2d 269

Commonwealth v. Franklin, Appellant.

 Submitted September 10, 1980. John J. McCreesh, III, for appellant; Mark S. Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.